IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00562-MSK-BNB

PRIME INTERNATIONAL EQUITIES, LLC,

Plaintiff,

v.

ISONICS CORPORATION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Motion to Quash** filed by Hein & Associates, LLP, on May 31, 2005.  The Motion to Quash was set for hearing this afternoon, at which time the parties informed me that they have resolved the dispute raised in that motion.  In addition, during the hearing the parties moved orally to modify certain deadlines established in the Scheduling Order.  Consistent with matters discussed at the hearing this afternoon:

IT IS ORDERED that the Motion to Quash is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **Plaintiff's Motion to File Sur-Reply to Defendant Isonics' Reply In Support Hein's Motion to Quash or, In the Alternative, To Strike Defendant Isonics' Reply In Support of Hein's Motion to Quash**, filed July 7, 2005, is GRANTED.  The Clerk of the Court is directed to accept for filing Plaintiff's Sur-Reply to Defendant's Reply In Support of Hein's Motion to Quash submitted on July 7, 2005.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

**Deadline for Joinder of Parties and Amendment of Pleadings: September 22, 2005**

**Deposition Schedule:** The parties shall file an updated deposition schedule on or before **August 15, 2005**.

**Settlement Conference:** The settlement conference set for July 19, 2005, at 1:30 p.m., is VACATED and RESET to **August 3, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit confidential settlement letters on or before **July 27, 2005**.

Dated July 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge